DONALD JACOB, an Infant, by THEODORE JACOB, His Guardian ad Litem, Appellant, *v.* CITY OF NEW YORK, Respondent, Impleaded with Another.

(Submitted May 14, 1931; decided June 2, 1931.)

*Charles Glatzer, David M. Fink* and *Jacquin Frank* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Henry J. Shields* and *Charles C. Marrin* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: POUND and CRANE, JJ.